**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**VICTOR CHARLES FOURSTAR, JR.,**

    **Plaintiff,**

**v.**                                                                    **Case No. 5:15cv292/LC/CJK**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 24, 2015 (doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections there to timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of December, 2015.

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**