UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR CHARLES FOURSTAR, JR.

    Plaintiff,

v.                              Case No. 5:15cv292/LC/CJK

UNITED STATES OF AMERICA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on plaintiff's Motion for Class Certification. (Doc. 9). Plaintiff, a federal prisoner proceeding *pro se*, commenced this action by filing a complaint pursuant to the Federal Tort Claims Act (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). Plaintiff's complaint was dismissed under 28 U.S.C. § 1915(g) because he is not entitled to proceed *in forma pauperis* and he failed to pay the filing fee upon the initiation of the case. (Docs. 4, 6).

Plaintiff's Motion for Class Certification indicates he and several other inmates at FCI Marianna wish to bring a class action challenging their medical treatment at the prison and provisions of the Prison Litigation Reform Act. Plaintiff's motion should be denied. Besides the fact this case is closed, *pro se* prisoners cannot

prosecute a class action. *See Johnson v. Brown*, 581 F. App'x 777, 781 (11th Cir. 2014) ("As a *pro se* litigant, Johnson cannot bring an action on behalf of his fellow orthodox Muslim inmates."); *Andrews v. Dep't of Corr.*, No. 4:13cv567-MW/CAS, 2014 WL 28799 *1 (N.D. Fla. Jan. 2, 2014) (holding "a *pro se* prisoner cannot adequately represent a class of prisoners").

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's Motion for Class Certification (doc. 9) be DENIED.

At Pensacola, Florida, this 22nd day of January, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.